RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Debtors
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Jonathan S. Pasternak
Erica R. Feynman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11
                                                                Case No. 10-23880 (RDD)

TROTTERS NY RESTAURANT GROUP LLC,

                          Debtor.
------------------------------------------------------------X
In re:

SELF SERVICE INC.,                                              Chapter 11
                                                                Case No. 10-23881(RDD)
                          Debtor.
------------------------------------------------------------X


## DECLARATION OF MARK AVALLONE PURSUANT TO LOCAL RULE 1007-2


        Mark Avallone, being duly sworn, deposes and says:

1.      I am a Member of Trotters NY Restaurant Group LLC ("Trotters") and the Vice President

of Self Service Inc. ("SSI") (Trotters and SSI are collectively referred to as, the "Debtors"), each of

which are debtors in the above-captioned cases.

2.      I submit this affidavit pursuant to Rule 1007-2 of the Local Rules for the United States

Bankruptcy Court for the Southern District of New York.

## BACKGROUND

3.      The Debtors collectively operate a restaurant in downtown White Plains known as

"Peniche Tapas" which is located at 175 Main Street, White Plains, New York. The restaurant

seats approximately 220 people and occupies 11,300 square feet.

4.    In late 2006, two of the Debtors' principals purchased an interest in SSI from various members of the Goncalves family which owned and operated Trotters Tavern. The restaurant known as Trotters continued to operate through the end of August, 2007 at which time all operations ceased and a $1.2 million dollar renovation and build-out was undertaken. Upon completion of the build-out, on September 17, 2007 a new upscale tapas restaurant and bar was opened called Peniche Tapas.

5.    Unfortunately, the sales anticipated by the Debtors for Peniche Tapas never materialized and the Debtors suffered cash flow shortages from inception which have continued through the present. While Trotters Tavern enjoyed as high as $300,000 in monthly sales, Peniche has only seen monthly sales as high as $188,000 and lately sales have been in the $65-70,000 range.

6.    The cash flow shortage has caused the Debtors to fall behind in their obligations and the Debtors' principals have had to loan the Debtors hundreds of thousands of dollars in order to keep the doors open.

7.    Most recently, despite efforts by the Debtors to restructure and renegotiate the premises lease with its landlord, in July of this year, a non-payment proceeding was commenced in the City Court of White Plains for failure to pay rent.

8.    The Debtors have filed these chapter 11 proceedings in order to obtain some breathing room from their creditors and an opportunity to reorganize their affairs either based upon a restructuring of obligations or a sale of assets. The Debtors are optimistic that by virtue of the filing of this Chapter 11 proceeding, the will have the best change to repay their debts in a manner that allows them to maximize the value of their assets for the benefit of all creditors.

### INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007

9.    In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain

information related to the Debtors, which is set forth below.

**Local Rule 1007-2(a)(1)**

10.     The Debtors are located at 175 Main Street, White Plains, New York and are engaged in the business of operating a tapas restaurant and bar.

**Local Rule 1007-2(a)(2)**

11.     This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

**Local Rule 1007-2(a)(3)**

12.     Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

13.     A list of the names and addresses of the Debtors' respective 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I**.

**Local Rule 1007-2(a)(5)**

14.     A list of the names and addresses of the five largest secured creditors for each Debtor is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

15.     A consolidated balance sheet is annexed hereto as **Schedule III.**

**Local Rule 1007-2(a)(7)**

16.     There are no publicly held securities of the Debtors.

**Local Rule 1007-2(a)(8)**

17.     None of the Debtors' property is in the possession of any custodian, public

officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

18.     The Debtors operate their business from a premises leased by SSI.

**Local Rule 1007-2(a)(10)**

19.     The Debtor's assets as well as its books and records are located at 175 Main Street, White Plains, New York.

**Local Rule 1007-2(a)(11)**

20.     The following actions are pending against the Debtor:

> 14 Wyassup-Laurel Glen Corp. v. Self Service, Inc., White Plains City Court, County of Westchester, Index No. SP1658/10 (landlord/ tenant proceeding)

**Local Rule 1007-2(a)(12)**

21.     The Debtor's management consists of Mark Avallone, General Manager and John Tesone, Chief Financial Officer.

**Local Rule 1007-2(b)(1) and (2)**

22.     The Debtor's estimated monthly payroll to employees (exclusive of officers and directors) for the thirty (30) day period following the Chapter 11 petition is $51,000.

23.     The Debtor's estimated monthly payroll and payments to officers, stockholders, and directors for the thirty (30) day period following the Chapter 11 petition is $0.

**Local Rule 1007-2(b)(3)**

24.     The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is annexed as **Schedule IV**.

<u>**INFORMATION REQUIRED BY BANKRUPTCY CODE §1116(1)(A)**</u>

25.     The Debtor's most recent balance sheet is annexed hereto as **Schedule III.**

26.     The Debtor's most recent profit and loss statement is annexed hereto as **Schedule V.**

27.     The Debtor's most recent cash-flow statement is annexed hereto as **Schedule VI.**

28.     The Debtor's most recent tax return is annexed hereto as **Schedule VII.**

## <u>CONCLUSION</u>

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Mark Avallone*
Mark Avallone

**SCHEDULE I**

**SCHEDULE I**
**(20 Largest Unsecured Creditors)**

# United States Bankruptcy Court
## Southern District of New York

In re   **Trotters NY Restaurant Group, LLC**

Case No.

                               Debtor(s)       Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Anthony Goncalves**<br>**50 Gideon Lane**<br>**Darien, CT 06820** | **Anthony Goncalves**<br>**50 Gideon Lane**<br>**Darien, CT 06820** | Loan | | **140,000.00** |
| **King Glass**<br>**200 Seigel Street**<br>**Brooklyn, NY 11206** | **King Glass**<br>**200 Seigel Street**<br>**Brooklyn, NY 11206** | | | **31,500.00** |
| **House of Esquire, LLC**<br>**c/o Drew B. Wasserman, Esq.**<br>**186-09 Union Turnpike**<br>**Flushing, NY 11366** | **House of Esquire, LLC**<br>**c/o Drew B. Wasserman, Esq.**<br>**186-09 Union Turnpike**<br>**Flushing, NY 11366** | | | **17,284.03** |
| **Fischer & Miller, Inc.**<br>**85 Westmoreland Avenue**<br>**White Plains, NY 10606** | **Fischer & Miller, Inc.**<br>**85 Westmoreland Avenue**<br>**White Plains, NY 10606** | | | **11,600.00** |
| **Fortessa, Inc.**<br>**22601 Davis Drive**<br>**Sterling, VA 20164** | **Fortessa, Inc.**<br>**22601 Davis Drive**<br>**Sterling, VA 20164** | | | **11,064.61** |
| **The Rogers Collection**<br>**10 Dana Street**<br>**Portland, ME 04101** | **The Rogers Collection**<br>**10 Dana Street**<br>**Portland, ME 04101** | | | **10,728.18** |
| **Aritsan Bread & Products**<br>**10 Wall Street**<br>**Norwalk, CT 06850** | **Aritsan Bread & Products**<br>**10 Wall Street**<br>**Norwalk, CT 06850** | | | **8,596.50** |
| **Antonio Rodriquez** | **Antonio Rodriquez** | | | **5,000.00** |
| **White Plains Linen**<br>**4 John Walsh Blvd.**<br>**Peekskill, NY 10566** | **White Plains Linen**<br>**4 John Walsh Blvd.**<br>**Peekskill, NY 10566** | | | **4,500.00** |
| **Wild Edibles**<br>**21-51 Borden Avenue**<br>**Long Island City, NY 11101** | **Wild Edibles**<br>**21-51 Borden Avenue**<br>**Long Island City, NY 11101** | | | **2,800.00** |
| **Despana Foods**<br>**86-17 Northern Blvd.**<br>**Jackson Heights, NY 11372** | **Despana Foods**<br>**86-17 Northern Blvd.**<br>**Jackson Heights, NY 11372** | | | **2,640.45** |
| **Vincent Perito, Inc.**<br>**2 Wayne Valley Road**<br>**Armonk, NY 10504** | **Vincent Perito, Inc.**<br>**2 Wayne Valley Road**<br>**Armonk, NY 10504** | | | **2,400.00** |

In re   **Trotters NY Restaurant Group, LLC**                     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Tempranillo, Inc.<br>22 Plain Avenue<br>New Rochelle, NY 10805 | Tempranillo, Inc.<br>22 Plain Avenue<br>New Rochelle, NY 10805 | | Disputed | 2,284.00 |
| Eagle Air Conditioning<br>16 Sherman Avenue<br>White Plains, NY 10601 | Eagle Air Conditioning<br>16 Sherman Avenue<br>White Plains, NY 10601 | | | 2,115.63 |
| Blinds to Go<br>3510 St. Joseph Blvd. East<br>Montreal (QC)<br>CANADA | Blinds to Go<br>3510 St. Joseph Blvd. East<br>Montreal (QC)<br>CANADA | | | 1,800.00 |
| D'Artagnan, Inc.<br>280 Wilson Avenue<br>Newark, NJ 07105 | D'Artagnan, Inc.<br>280 Wilson Avenue<br>Newark, NJ 07105 | | | 1,595.03 |
| Westchester Magazine<br>100 Clearbrook Road<br>Elmsford, NY 10523 | Westchester Magazine<br>100 Clearbrook Road<br>Elmsford, NY 10523 | | | 1,500.00 |
| Good Bread Bakery<br>33 New Broad Street<br>Port Chester, NY 10573 | Good Bread Bakery<br>33 New Broad Street<br>Port Chester, NY 10573 | | | 1,325.05 |
| Ralph Martinelli<br>Spotlight Publications, LLC<br>100 Clearbrook Road<br>Elmsford, NY 10523 | Ralph Martinelli<br>Spotlight Publications, LLC<br>100 Clearbrook Road<br>Elmsford, NY 10523 | | | 1,050.00 |
| Interstate Fire & Safety<br>P.O. Box 4165<br>Greenwich, CT 06831 | Interstate Fire & Safety<br>P.O. Box 4165<br>Greenwich, CT 06831 | | | 805.98 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 8, 2010**            Signature   **/s/ Mark Avallone**

                                                 **Mark Avallone**
                                                 **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**SCHEDULE II**
**(5 Largest Secured Creditors)**

In re **Trotters NY Restaurant Group, LLC**                    Case No. _____

_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J W C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Keybank National Association**<br>**270 Martine Avenue**<br>**White Plains, NY 10601** | X | - | July 26, 2007<br><br>**Blanket Lien**<br><br><br>Value $ | | | | 219,425.00 | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

_0_   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 219,425.00 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 219,425.00 | 0.00 |

In re   **Self Service Inc.**                                                     Case No. _____

_____
              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | July 11, 2003 | | | | | |
| JP Morgan Chase Bank, NA Collateral Mgmt Small Business P.O. Box 4660 Houston, TX 77210 | - | | Blanket Lien | | X | | | |
| | | | Value $ | | | | 23,500.00 | |
| Account No. | | | September 12, 2007 | | | | | |
| LEAF Funding, Inc. 2005 Market Street 15th Floor Philadelphia, PA 19103 | - | | Leased Equipment | | X | | | |
| | | | Value $ | | | | 235,000.00 | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | Subtotal (Total of this page) | 258,500.00 | 0.00 |
|---|---|---|---|---|
| | | Total (Report on Summary of Schedules) | 258,500.00 | 0.00 |

**SCHEDULE III**
**(Balance Sheet)**

TO BE PROVIDED

**SCHEDULE IV**
**(Estimated Receipts and Disbursements)**

# Budget – September 2010

**Revenue**                                        **$70,000.00**

**Expenses:**

| | |
|---|---:|
| Rent | $12,000.00 |
| Payroll | 31,500.00 |
| Payroll Taxes | 2,415.00 |
| Electric | 6,000.00 |
| Phone | 400.00 |
| Key Bank – Line of Credit | 9,000.00 |
| Leaf Financial – Kitchen Equip | 2,800.00 |
| Restaurant Depot | 3,500.00 |
| Fischer Miller (Meat) | 1,600.00 |
| Baldors | 3,300.00 |
| Wild Edibles | 2,000.00 |
| Perito (Bread) | 1,200.00 |
| Spirits and Wine | 4,175.00 |
| Coca Cola | 300.00 |
| Workers Comp. Ins. | 1,500.00 |
| Liability Ins. | 1,100.00 |
| Sales Tax | 6,000.00 |
| Building Super | 300.00 |
| Cable | 210.00 |
| Open Table | 320.00 |
| Cash – Staff | 2,225.00 |

**$ 91,845.00**

**Excess of Expenses over Receipts**                **($21,845.00)**

**SCHEDULE V**
**(Profit & Loss Statement)**

TO BE PROVIDED

**SCHEDULE VI**
**(Cash Flow Statement)**

TO BE PROVIDED

**SCHEDULE VII**
**(Tax Return)**

RO4617

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0099 | |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2009, or tax year beginning , ending<br>▶ See separate instructions. | | **2009** | |

| **A** Principal business activity | Use the | Name of partnership | | **D** Employer identification number | |
|---|---|---|---|---|---|
| RESTAURANT | IRS label. | TROTTERS NY RESTAURANT GROUP LLC<br>PENICHE | | 20-8514617 | |
| **B** Principal product or service | Other- | Number, street, and room or suite no. If a P.O. box, see the instructions. | | **E** Date business started | |
| FOOD & BEVER | wise, print | 175 MAIN STREET | | 02/22/2007 | |
| **C** Business code number | or type. | City or town, state, and ZIP code | | **F** Total assets (see the instructions) | |
| 722110 | | WHITE PLAINS        NY 10601 | | $ 956,357 | |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ ....... 3

**J** Check if Schedules C and M-3 are attached ......... ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 1,209,805 | | |
| | **b** Less returns and allowances | **1b** | **1c** | 1,209,805 |
| | **2** Cost of goods sold (Schedule A, line 8) | | **2** | 586,846 |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 622,959 |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** Total income (loss). Combine lines 3 through 7 | | **8** | 622,959 |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 455,104 |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | 6,492 |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 32,000 |
| | **14** Taxes and licenses | | **14** | 58,945 |
| | **15** Interest | | **15** | 65,972 |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** 86,331 | | |
| | **b** Less depreciation reported on Schedule A and elsewhere on return | **16b** | **16c** | 86,331 |
| | **17** Depletion (Do not deduct oil and gas depletion.) | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Other deductions (attach statement) SEE STATEMENT 1 | | **20** | 173,436 |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 878,280 |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 | | **22** | -255,321 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member manager      Date

| | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|

| **Paid Preparer's Use Only** | Preparer's signature | | Date 03/18/10 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00489608 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | RUDINGER, HELLER & FILIPPONE, LLP<br>235 MAIN STREET, 4TH FLOOR<br>WHITE PLAINS, NY        10601 | | EIN ▶ 13-3592951 | |
| | | | | Phone no. | 914-422-3344 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.        Form **1065** (2009)

DAA

Form 1065 (2009)   PENICHE                                        20-8514617                                    Page 2

## Schedule A   Cost of Goods Sold (see the instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 20,247 |
| 2 | Purchases less cost of items withdrawn for personal use | 552,803 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement)   SEE STATEMENT 2 | 42,655 |
| 6 | Total. Add lines 1 through 5 | 615,705 |
| 7 | Inventory at end of year | 28,859 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 586,846 |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶
- b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
- c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐ Yes ☐ No
- d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
- e Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
  If "Yes," attach explanation.

## Schedule B   Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | What type of entity is filing this return? Check the applicable box: | | |

- a ☐ Domestic general partnership
- b ☐ Domestic limited partnership
- c ☒ Domestic limited liability company
- d ☐ Domestic limited liability partnership
- e ☐ Foreign partnership
- f ☐ Other ▶

| | | Yes | No |
|---|---|:---:|:---:|
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|:---:|:---:|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Form **1065** (2009)

PRO4617

2c0419d7c292bf1e

Form 1065 (2009)   PENICHE                                     20-8514617                        Page 3

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 ............................................. | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ............................................. | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2009, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ..................... | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ................. | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ............................................. | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| | | | |
|---|---|---|---|
| Name of designated TMP | **JOHN  TESONE** | Identifying number of TMP | ▶ ██████ |
| If the TMP is an entity, name of TMP representative | ▶ | Phone number of TMP | ▶ |
| Address of designated TMP | ▶ ██████ ████████ | | |

Form 1065 (2009)

DAA

RO4617

Form 1065 (2009) PENICHE 20-8514617 Page 4

## Schedule K — Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | -255,321 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) | 3a | |
| | b Expenses from other rental activities (attach statement) | 3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends: a Ordinary dividends | 6a | |
| | b Qualified dividends | 6b | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) | 9b | |
| | c Unrecaptured section 1250 gain (attach statement) | 9c | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employ-ment** | 14a Net earnings (loss) from self-employment | 14a | -255,321 |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | 622,959 |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e Other rental credits (see instructions) Type ▶ | 15e | |
| | f Other credits (see instructions) Type ▶ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶ e General category ▶ f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶ h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶ j General category ▶ k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a | 12,473 |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties-gross income | 17d | |
| | e Oil, gas, and geothermal properties-deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

Form **1065** (2009)

DAA

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of
Schedule K, lines 12 through 13d, and 16l · · · · · · · · · · · · · · · **1** | **-255,321**

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | -255,321 | | | | |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | 8,750 | | 0 |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | 20,247 | | 28,859 |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | | | | |
| **7** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | 786,465 | | 786,465 | |
| **b** Less accumulated depreciation | 138,804 | 647,661 | 225,135 | 561,330 |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets (attach statement) SEE STMT 3 | | 366,168 | | 366,168 |
| **14** Total assets | | 1,042,826 | | 956,357 |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** Other current liabilities (attach statement) SEE STMT 4 | | 16,275 | | 34,096 |
| **18** All nonrecourse loans | | | | |
| **19** Mortgages, notes, bonds payable in 1 year or more | | 705,766 | | 668,121 |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | 320,785 | | 254,140 |
| **22** Total liabilities and capital | | 1,042,826 | | 956,357 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

**1** Net income (loss) per books · · · · · · · · -255,321

**2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize):

**3** Guaranteed payments (other than health insurance)

**4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):
**a** Depreciation $
**b** Travel and entertainment $

**5** Add lines 1 through 4 · · · · · · · · -255,321

**6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):
**a** Tax-exempt interest $

**7** Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):
**a** Depreciation $

**8** Add lines 6 and 7 · · · · · · · · · · · · ·

**9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 · · · · · -255,321

## Schedule M-2    Analysis of Partners' Capital Accounts

**1** Balance at beginning of year · · · · · · 320,785

**2** Capital contributed: **a** Cash · · · · · 188,676
**b** Property

**3** Net income (loss) per books · · · · · · -255,321

**4** Other increases (itemize):

**5** Add lines 1 through 4 · · · · · · · · · 254,140

**6** Distributions: **a** Cash
**b** Property

**7** Other decreases (itemize):

**8** Add lines 6 and 7 · · · · · · · · · · · ·

**9** Balance at end of year. Subtract line 8 from line 5 · · · 254,140

DAA                                                                     Form **1065** (2009)

RO4617

PARTNER# 1

**Schedule K-1**
**(Form 1065)**

**2009**

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**  ▶ See back of form and separate instructions.

OMB No. 1545-0099
651109

☐ Final K-1     ☐ Amended K-1

## Part I  Information About the Partnership

**A** Partnership's employer identification number
20-8514617

**B** Partnership's name, address, city, state, and ZIP code
TROTTERS NY RESTAURANT GROUP LLC
PENICHE
175 MAIN STREET
WHITE PLAINS        NY 10601

**C** IRS Center where partnership filed return
OGDEN, UT

**D.** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

ANTHONY P. GONCALVES

CT 06840

**G** ☒ General partner or LLC
    member-manager
   ☐ Limited partner or other LLC
    member

**H** ☒ Domestic partner
   ☐ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

|          | Beginning       | Ending          |
|----------|-----------------|-----------------|
| Profit   | 45.000000 %     | 45.000000 %     |
| Loss     | 11.740000 %     | 11.740000 %     |
| Capital  | 45.000000 %     | 45.000000 %     |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 8,005 |
| Qualified nonrecourse financing | $ |
| Recourse | $ 80,352 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 50,199 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -29,975 |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 20,224 |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes", attach statement (see instructions)

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -29,975 | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items A 1,464 |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | | | |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 19 | Distributions |
| 13 | Other deductions | | 20 | Other information |
| | | | | Y* STMT |
| 14 | Self-employment earnings (loss) A -29,975 C 280,331 | | | |

\*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

DAA

Schedule K-1 (Form 1065) 2009

RO4617

PARTNER# 2
Schedule K-1
(Form 1065)

**2009**

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

☐ Final K-1      ☐ Amended K-1

**651109**

OMB No. 1545-0099

## Part I   Information About the Partnership

**A** Partnership's employer identification number
20-8514617

**B** Partnership's name, address, city, state, and ZIP code
TROTTERS NY RESTAURANT GROUP LLC
PENICHE
175 MAIN STREET
WHITE PLAINS          NY 10601

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
JOHN TESONE

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

|         | Beginning      | Ending         |
|---------|----------------|----------------|
| Profit  | 30.000000 %    | 30.000000 %    |
| Loss    | 67.560000 %    | 67.560000 %    |
| Capital | 30.000000 %    | 30.000000 %    |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ 5,337 |
| Qualified nonrecourse financing | $ |
| Recourse | $ 462,399 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 48,524 |
| Capital contributed during the year | $ 152,492 |
| Current year increase (decrease) | $ -172,495 |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 28,521 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -172,495 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | A | 8,427 |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | Y* | STMT |
| 14 | Self-employment earnings (loss) | | |
| A | -172,495 | | |
| C | 186,888 | | |

*See attached statement for additional information.

For IRS Use Only

RO4617

**PARTNER# 3**
Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax
year beginning _____
ending _____

## Partner's Share of Income, Deductions, Credits, etc. ▶ See back of form and separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
20-8514617

**B** Partnership's name, address, city, state, and ZIP code

TROTTERS NY RESTAURANT GROUP LLC
PENICHE
175 MAIN STREET
WHITE PLAINS          NY 10601

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number
████████████

**F** Partner's name, address, city, state, and ZIP code

MARK AVALLONE
████████████████████████████

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? **INDIVIDUAL**

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 25.000000 % | 25.000000 % |
| Loss | 20.700000 % | 20.700000 % |
| Capital | 25.000000 % | 25.000000 % |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | 4,447 |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 141,677 |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 222,062 |
| Capital contributed during the year | $ | 36,184 |
| Current year increase (decrease) | $ | -52,851 |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | 205,395 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

☐ Final K-1   ☐ Amended K-1
OMB No

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -52,851 | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 17 A | Alternative minimum tax (AMT) items | 2,582 |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 19 | Distributions | |
| 13 | Other deductions | | | | |
| | | | 20 | Other information | |
| | | | Y* | | S |
| 14 A | Self-employment earnings (loss) | -52,851 | | | |
| C | | 155,740 | | | |

*See attached statement for additional information.

For IRS Use Only

[barcode]

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

Schedule K-1 (Form 1065)

### Statement 1 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| UTILITIES | $ 35,554 |
| SECURITY | 1,018 |
| TELEPHONE | 4,654 |
| PROFESSIONAL FEES | 8,004 |
| INSURANCE | 34,903 |
| ADVERTISING | 12,533 |
| PAYROLL SERVICE | 5,072 |
| BANK CHARGES | 14,674 |
| CREDIT CARD DISCOUNTS | 42,067 |
| DUES & SUBSCRIPTIONS | 2,241 |
| EQUIPMENT RENTAL | 7,935 |
| LICENSE & FEES | 609 |
| OFFICE & POSTAGE | 1,254 |
| MUSIC | 1,918 |
| TEMPORARY HELP | 1,000 |
| TOTAL | $ 173,436 |

### Statement 2 - Form 1065, Schedule A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| LAUNDRY & LINEN | $ 27,205 |
| SUPPLIES | 8,450 |
| VALET | 7,000 |
| TOTAL | $ 42,655 |

### Statement 3 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DUE FROM AFFILIATE | $ 366,168 | $ 366,168 |
| TOTAL | $ 366,168 | $ 366,168 |

### Statement 4 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| SALES TAX PAYABLE | $ 13,757 | $ 10,580 |
| TIPS PAYABLE | 2,518 | 5,727 |
| CASH DEFICIT | | 17,789 |
| TOTAL | $ 16,275 | $ 34,096 |

## Schedule K-1, Line 20Y - Additional Supplemental Information

|  | Description | |
|---|---|---|
| ANALYSIS OF "AT RISK" VERSUS NOT "AT RISK" LIABILITIES | | |
|  | "AT RISK" | NOT "AT RISK" |
| NONRECOURSE | 0 | 8,005 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 80,352 | 0 |

# Federal Statements
## JOHN TESONE

### Schedule K-1, Line 20Y - Additional Supplemental Information

| Description | | |
|---|---|---|
| ANALYSIS OF "AT RISK" VERSUS NOT "AT RISK" LIABILITIES | | |
| | "AT RISK" | NOT "AT RISK" |
| NONRECOURSE | 0 | 5,337 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 462,399 | 0 |

### Schedule K-1, Line 20Y - Additional Supplemental Information

Description

| ANALYSIS OF "AT RISK" VERSUS NOT "AT RISK" LIABILITIES | "AT RISK" | NOT "AT RISK" |
|---|---|---|
| NONRECOURSE | 0 | 4,447 |
| QUALIFIED NONRECOURSE | 0 | 0 |
| RECOURSE | 141,677 | 0 |

TRO4617

Name

Employer Identification No

**PENICHE**

20-8514617

| | | | |
|---|---|---|---|
| **1a.** | Ordinary income (loss) (Schedule K, line 1) | **1a** | -255,321 |
| **b.** | Net income (loss) from certain rental real estate activities (see instructions) | **1b** | |
| **c.** | Net income (loss) from other rental activities (Schedule K, line 3c) | **1c** | |
| **d.** | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | **1d** | |
| **e.** | Combine lines 1a through 1d | **1e** | -255,321 |
| **2.** | Net gain from Form 4797, Part II, line 17, included on line 1a above | **2** | |
| **3a.** | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 | **3a** | -255,321 |
| **b.** | Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | **3b** | |

**c.** Subtract line 3b from line 3a. If line 3a is a loss, reduce the loss on line 3b. Include each individual general partner's share in box 14 of Schedule K-1, using code A ........................... **3c** -255,

| | | | |
|---|---|---|---|
| **4a.** | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) | **4a** | |
| **b.** | Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | **4b** | |

**c.** Subtract line 4b from line 4a. Include each individual general partner's share and each individual limited partner's share in box 14 of Schedule K-1, using code A ........................... **4c**

**5.** Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a **5** -255,

PARTNER# 1

| Schedule **K-1** | **Analysis of Partner's K-1, Current Year Increase (Decrease) Worksheet** | **2009** |
|---|---|---|
| | For calendar year 2009, or tax year beginning , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| PENICHE | 20-8514617 |
| Partner's Name | Taxpayer Identification Number |
| ANTHONY P. GONCALVES | |

Items Included in Current Year Increase (Decrease):

SCHEDULE K ADDITIONS:
    ORDINARY INCOME/LOSS      -29,975

                        SUBTOTAL      -29,975

TOTAL PER SCHEDULE K-1, CURRENT YEAR INCREASE (DECREASE)      -29,975
                                                                    ============

PARTNER# 2

| Schedule **K-1** | **Analysis of Partner's K-1, Current Year Increase (Decrease) Worksheet** | **2009** |
|---|---|---|
| | For calendar year 2009, or tax year beginning , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| PENICHE | 20-8514617 |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| JOHN TESONE | |

Items Included in Current Year Increase (Decrease):

SCHEDULE K ADDITIONS:
    ORDINARY INCOME/LOSS                                    -172,495

                                    SUBTOTAL                -172,495

TOTAL PER SCHEDULE K-1, CURRENT YEAR INCREASE (DECREASE)    -172,495
                                                        ===========

| Schedule | **K-1** | **Analysis of Partner's K-1, Current Year Increase (Decrease) Worksheet** | **2009** |
|---|---|---|---|
| | | For calendar year 2009, or tax year beginning                    , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| PENICHE | 20-8514617 |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| MARK AVALLONE | |

Items Included in Current Year Increase (Decrease):

```
SCHEDULE K ADDITIONS:
   ORDINARY INCOME/LOSS                                    -52,851
                                                          ─────────
                                   SUBTOTAL                -52,851
                                                          ─────────

TOTAL PER SCHEDULE K-1, CURRENT YEAR INCREASE (DECREASE)   -52,851
                                                          =========
```

**PARTNER# 1**

| | | |
|---|---|---|
| Schedule **K-1** | **Partner's Self-Employment Worksheet** | **2009** |
| | For calendar year 2009, or tax year beginning _____ , and ending _____ | |

| Partnership Name | Employer Identification Number |
|---|---|
| PENICHE | 20-8514617 |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| ANTHONY P. GONCALVES | ▆▆▆▆▆▆▆▆ |

| | | | |
|---|---|---|---|
| **1a.** | Ordinary income (loss) (Schedule K, line 1) .......................................... | 1a | -29,975 |
| b. | Net income (loss) from certain rental real estate activities (see instructions) .......................... | 1b | |
| c. | Net income (loss) from other rental activities (Schedule K, line 3c) .......................... | 1c | |
| d. | Net loss from Form 4797, Part II, line 17, included on line 1a above.  Enter as a positive amount .......................... | 1d | |
| e. | Combine lines 1a through 1d | 1e | -29,975 |
| **2.** | Net gain from Form 4797, Part II, line 17, included on line 1a above | 2 | |
| **3a.** | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 | 3a | -29,975 |
| **4a.** | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) | 4a | |
| **5.** | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K, line 14a | 5 | -29,975 |

**PARTNER# 2**

| Schedule **K-1** | **Partner's Self-Employment Worksheet** | **2009** |
|---|---|---|
| | For calendar year 2009, or tax year beginning _____ , and ending _____ | |

Partnership Name
**PENICHE**

Employer Identification Number
**20-8514617**

Partner's Name
**JOHN TESONE**

Taxpayer Identification Number

| | | | |
|---|---|---|---|
| **1a.** | Ordinary income (loss) (Schedule K, line 1) .................................................................... | **1a** | **-172,495** |
| **b.** | Net income (loss) from certain rental real estate activities (see instructions) ................ | **1b** | |
| **c.** | Net income (loss) from other rental activities (Schedule K, line 3c) ............................ | **1c** | |
| **d.** | Net loss from Form 4797, Part II, line 17, included on line 1a above.  Enter as a positive amount ............................................................................................................. | **1d** | |
| **e.** | Combine lines 1a through 1d ...................................................................................... | **1e** | **-172,495** |
| **2.** | Net gain from Form 4797, Part II, line 17, included on line 1a above .......................... | **2** | |
| **3a.** | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 .......................................................................................................... | **3a** | **-172,495** |
| **4a.** | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) ................................................................ | **4a** | |
| **5.** | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K, line 14a | **5** | **-172,495** |

**PARTNER# 3**

| Schedule **K-1** | **Partner's Self-Employment Worksheet** | **2009** |
|---|---|---|
| | For calendar year 2009, or tax year beginning , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| PENICHE | 20-8514617 |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| MARK AVALLONE | |

| | | | |
|---|---|---|---|
| 1a. | Ordinary income (loss) (Schedule K, line 1) | 1a | -52,851 |
| b. | Net income (loss) from certain rental real estate activities (see instructions) | 1b | |
| c. | Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | |
| d. | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | |
| e. | Combine lines 1a through 1d | 1e | -52,851 |
| 2. | Net gain from Form 4797, Part II, line 17, included on line 1a above | 2 | |
| 3a. | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 | 3a | -52,851 |
| 4a. | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) | 4a | |
| 5. | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K, line 14a | 5 | -52,851 |

RO4617

# Schedule K-1 Summary Worksheet

For calendar year 2009, or tax year beginning _____, and ending _____

**2009**

| Partnership Name | Employer Identification Number |
|---|---|
| PENICHE | 20-8514617 |

| | Partner Name | SSN/EIN |
|---|---|---|
| Column A | ANTHONY P. GONCALVES | |
| Column B | JOHN TESONE | |
| Column C | MARK AVALLONE | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | SCH K TOTAL |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | -29,975 | -172,495 | -52,851 | | -255,321 |
| 2 | Net income-rent | | | | | |
| 3c | Net inc-oth rent | | | | | |
| 4 | Guaranteed pmts | | | | | |
| 5 | Interest income | | | | | |
| 6a | Ordinary dividends | | | | | |
| 6b | Qual dividends | | | | | |
| 7 | Royalties | | | | | |
| 8 | Net ST capital gain | | | | | |
| 9a | Net LT capital gain | | | | | |
| 9b | Collectibles 28% gain | | | | | |
| 9c | Unrecap Sec 1250 | | | | | |
| 10 | Net Sec 1231 gain | | | | | |
| 11 | Other income | | | | | |
| 12 | Sec 179 deduction | | | | | |
| 13a | Contributions | | | | | |
| 13b | Invest interest exp | | | | | |
| 13c | Sec 59(e)(2) exp | | | | | |
| 13d | Other deductions | | | | | |
| 14a | Net SE earnings | -29,975 | -172,495 | -52,851 | | -255,321 |
| 14b | Gross farming inc | | | | | |
| 14c | Gross nonfarm inc | 280,331 | 186,888 | 155,740 | | 622,959 |
| 15a | Low-inc house 42j5 | | | | | |
| 15b | Low-inc house other | | | | | |
| 15c | Qualif rehab exp | | | | | |
| 15d | Rental RE credits | | | | | |
| 15e | Other rental credits | | | | | |
| 15f | Other credits | | | | | |
| 16b | Gross inc all src | | | | | |
| 16c-f | Tot foreign income | | | | | |
| 16g-k | Tot foreign deds | | | | | |
| 16l-m | Total foreign taxes | | | | | |
| 17a | Depr adjustment | 1,464 | 8,427 | 2,582 | | 12,473 |
| 17b | Adj gain or loss | | | | | |
| 17c | Depletion | | | | | |
| 17d | Inc-oil/gas/geoth | | | | | |
| 17e | Ded-oil/gas/geoth | | | | | |
| 17f | Other AMT items | | | | | |
| 18a | Tax-exempt int | | | | | |
| 18b | Other tax-exempt | | | | | |
| 18c | Nonded expense | | | | | |
| 19a | Cash distributions | | | | | |
| 19b | Property distributions | | | | | |
| 20a | Invest income | | | | | |
| 20b | Invest expense | | | | | |

| Form **1065** | | | | | **2009** |
|---|---|---|---|---|---|

# Reconciliation of Partners' Capital Accounts Worksheet

For calendar year 2009, or tax year beginning _____ and ending _____

Partnership Name

PENICHE

Employer Identification Number

20-8514617

| Partner Number | Partner Name | Beginning Capital | Capital Contributed | Lines 3, 4, & 7 Schedule M-2 | Withdrawals & Distributions | Ending Capital |
|---|---|---|---|---|---|---|
| 1 | ANTHONY P. GONCALVES | 50,199 | 0 | -29,975 | 0 | 20,224 |
| 2 | JOHN TESONE | 48,524 | 152,492 | -172,495 | 0 | 28,521 |
| 3 | MARK AVALLONE | 222,062 | 36,184 | -52,851 | 0 | 205,395 |
| | TOTAL PARTNERS' CAPITAL | 320,785 | 188,676 | -255,321 | 0 | 254,140 |
| | | ============ | ============ | ============ | ============ | ============ |

### Form 1065, Page 1, Line 14 - Taxes

| Description | Amount |
|---|---|
| PAYROLL TAXES | $ 57,445 |
| NYS LLC FILING FEES | 1,500 |
| TOTAL | $ 58,945 |

### Form 1065, Schedule L, Line 19 - Mortgage, Notes, Bonds Payable in 1 Yr or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| CAPITAL LEASE LOAN | $ 211,243 | $ 244,197 |
| USB LOAN | 346,523 | 275,924 |
| LOAN PAYABLE - MARY G | 148,000 | 148,000 |
| TOTAL | $ 705,766 | $ 668,121 |

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | FURNITURE | 7/15/07 | 9,800 | | | | 9,800 | 7 | MQ | 200DB | 3,550 | 1,786 |
| 2 | FURNITURE | 8/15/07 | 28,771 | | | | 28,771 | 7 | MQ | 200DB | 10,422 | 5,243 |
| 3 | FURNITURE | 9/15/07 | 5,000 | | | | 5,000 | 7 | MQ | 200DB | 1,811 | 911 |
| 4 | FURNITURE | 11/20/07 | 10,000 | | | | 10,000 | 7 | MQ | 200DB | 3,112 | 1,968 |
| 5 | FURNITURE | 12/31/07 | 6,800 | | | | 6,800 | 7 | MQ | 200DB | 2,116 | 1,339 |
| 6 | EQUIPMENT | 10/15/07 | 56,000 | | | | 56,000 | 7 | MQ | 200DB | 17,429 | 11,020 |
| 7 | EQUIPMENT | 10/01/07 | 269,688 | | | | 269,688 | 7 | MQ | 200DB | 83,934 | 53,072 |
| 9 | LEASEHOLD IMPROVEMENTS | 10/15/07 | 390,159 | | | | 390,159 | 39 | MM | S/L | 12,088 | 10,004 |
| 10 | LEASEHOLD IMPROVEMENTS | 3/15/08 | 2,747 | | | | 2,747 | 39 | MM | S/L | 56 | 70 |
| 11 | SECURITY SYSTEM | 4/30/08 | 7,500 | | | X | 3,750 | 7 | HY | 200DB | 4,286 | 918 |
| | | | 786,465 | | | | 782,715 | | | | 138,804 | 86,331 |
| | **Grand Totals** | | 786,465 | | | | 782,715 | | | | 138,804 | 86,331 |
| | Less: Dispositions and Transfers | | 0 | | | | 0 | | | | 0 | 0 |
| | Less: Start-up/Org Expense | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 786,465 | | | | 782,715 | | | | 138,804 | 86,331 |

# Bonus Depreciation Report

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|-------|---------------------|-----------------|----------|---------|-----------------|---------------|-------------|----------------------|
| **Activity: Form 1065, Page 1** | | | | | | | | |
| 11 | SECURITY SYSTEM | 4/30/08 | 7,500 | | 0 | 0 | 3,750 | 3,750 |
| | Form 1065, Page 1 | | 7,500 | | 0 | 0 | 3,750 | 3,750 |
| | Grand Total | | 7,500 | | 0 | 0 | 3,750 | 3,750 |

# AMT Asset Report
## Form 1065, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | FURNITURE | 7/15/07 | 9,800 | | | | 9,800 | 7 | MQ | 150DB | 2,719 | 1,517 |
| 2 | FURNITURE | 8/15/07 | 28,771 | | | | 28,771 | 7 | MQ | 150DB | 7,982 | 4,455 |
| 3 | FURNITURE | 9/15/07 | 5,000 | | | | 5,000 | 7 | MQ | 150DB | 1,387 | 774 |
| 4 | FURNITURE | 11/20/07 | 10,000 | | | | 10,000 | 7 | MQ | 150DB | 2,353 | 1,639 |
| 5 | FURNITURE | 12/31/07 | 6,800 | | | | 6,800 | 7 | MQ | 150DB | 1,600 | 1,114 |
| 6 | EQUIPMENT | 10/15/07 | 56,000 | | | | 56,000 | 7 | MQ | 150DB | 13,179 | 9,176 |
| 7 | EQUIPMENT | 10/01/07 | 269,688 | | | | 269,688 | 7 | MQ | 150DB | 63,466 | 44,191 |
| 9 | LEASEHOLD IMPROVEMENTS | 10/15/07 | 390,159 | | | | 390,159 | 39 | MM | S/L | 12,088 | 10,004 |
| 10 | LEASEHOLD IMPROVEMENTS | 3/15/08 | 2,747 | | | | 2,747 | 39 | MM | S/L | 56 | 70 |
| 11 | SECURITY SYSTEM | 4/30/08 | 7,500 | | X | | 3,750 | 7 | HY | 200DB | 4,286 | 918 |
| | | | 786,465 | | | | 782,715 | | | | 109,116 | 73,858 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Grand Totals** | | 786,465 | | | | 782,715 | | | | 109,116 | 73,858 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 786,465 | | | | 782,715 | | | | 109,116 | 73,858 |

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | | |
| Page 1 | 1 | 1 | FURNITURE | 1,786 | 1,517 | 1,517 s | 269 |
| Page 1 | 1 | 2 | FURNITURE | 5,243 | 4,455 | 4,455 s | 788 |
| Page 1 | 1 | 3 | FURNITURE | 911 | 774 | 774 s | 137 |
| Page 1 | 1 | 4 | FURNITURE | 1,968 | 1,639 | 1,639 s | 329 |
| Page 1 | 1 | 5 | FURNITURE | 1,339 | 1,114 | 1,114 s | 225 |
| Page 1 | 1 | 6 | EQUIPMENT | 11,020 | 9,176 | 9,176 s | 1,844 |
| Page 1 | 1 | 7 | EQUIPMENT | 53,072 | 44,191 | 44,191 s | 8,881 |
| Page 1 | 1 | 9 | LEASEHOLD IMPROVEMENTS | 10,004 | 10,004 | 10,004 s | 0 |
| Page 1 | 1 | 10 | LEASEHOLD IMPROVEMENTS | 70 | 70 | 70 s | 0 |
| Page 1 | 1 | 11 | SECURITY SYSTEM | 918 | 918 | 918 s | 0 |
| | | | | 86,331 | 73,858 | 73,858 s | 12,473 |

**Totals for ACE Depreciation Adjustment:**

**AMT Depreciation Addback**      73,858

**ACE Depreciation Expense**      73,858 s

s - Substituted applicable AMT or Tax data when ACE column is blank.

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | |
| 1 | FURNITURE | 7/15/07 | 9,800 | 1,275 | 1,203 | 0 |
| 2 | FURNITURE | 8/15/07 | 28,771 | 3,744 | 3,531 | 0 |
| 3 | FURNITURE | 9/15/07 | 5,000 | 651 | 614 | 0 |
| 4 | FURNITURE | 11/20/07 | 10,000 | 1,406 | 1,287 | 0 |
| 5 | FURNITURE | 12/31/07 | 6,800 | 955 | 876 | 0 |
| 6 | EQUIPMENT | 10/15/07 | 56,000 | 7,872 | 7,209 | 0 |
| 7 | EQUIPMENT | 10/01/07 | 269,688 | 37,909 | 34,721 | 0 |
| 9 | LEASEHOLD IMPROVEMENTS | 10/15/07 | 390,159 | 10,004 | 10,004 | 0 |
| 10 | LEASEHOLD IMPROVEMENTS | 3/15/08 | 2,747 | 71 | 71 | 0 |
| 11 | SECURITY SYSTEM | 4/30/08 | 7,500 | 656 | 656 | 0 |
| | | | 786,465 | 64,543 | 60,172 | 0 |
| | **Grand Totals** | | | | | |
| | | | 786,465 | 64,543 | 60,172 | 0 |

FSEL6805

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2009**

For calendar year 2009 or tax year beginning _____, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>01/01/97 | Use<br>IRS<br>label.<br>Other-<br>wise,<br>print or<br>type. | Name<br>**SELF SERVICE INC** | **D** Employer identification number<br>13-3946805 | |
| **B** Business activity code<br>number (see instructions)<br>722110 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**TROTTERS TAVERN**<br>**175 MAIN STREET** | **E** Date incorporated<br>01/07/1995 | |
| **C** Check if Sch. M-3<br>attached ☐ | | City or town, state, and ZIP code<br>**WHITE PLAINS     NY 10601** | **F** Total assets (see instructions)<br>$     30 | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?   ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change  **(3)** ☐ Address change
**(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year   ▶   3

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | | |
| | b Less returns and allowances | c Bal ▶ | **1c** |
| 2 | Cost of goods sold (Schedule A, line 8) | **2** | |
| 3 | Gross profit. Subtract line 2 from line 1c | **3** | |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **4** | |
| 5 | Other income (loss) (see instructions—attach statement) | **5** | |
| 6 | **Total income (loss). Add lines 3 through 5** ▶ | **6** | |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| 7 | Compensation of officers | **7** | |
| 8 | Salaries and wages (less employment credits) | **8** | |
| 9 | Repairs and maintenance | **9** | |
| 10 | Bad debts | **10** | |
| 11 | Rents | **11** | |
| 12 | Taxes and licenses | **12** | 25 |
| 13 | Interest | **13** | 1,038 |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| 16 | Advertising | **16** | |
| 17 | Pension, profit-sharing, etc., plans | **17** | |
| 18 | Employee benefit programs | **18** | |
| 19 | Other deductions (attach statement)         SEE STMT 1 | **19** | 396 |
| 20 | **Total deductions. Add lines 7 through 19** ▶ | **20** | 1,459 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | -1,459 |

### Tax and Payments

| | | | | |
|---|---|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| 23a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | **23d** | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached   ▶ ☐ | | **24** | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| 27 | Enter amount from line 26 **Credited to 2010 estimated tax** ▶ _____ **Refunded** ▶ | | **27** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer   **MARK AVALLONE** | Date | Title   **VICE PRESIDENT** |
|---|---|---|

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes  ☐ No

### Paid Preparer's Use Only

| Preparer's<br>signature | Date<br>03/08/10 | Check if self-<br>employed ☐ | Preparer's SSN or PTIN<br>P00489603 |
|---|---|---|---|
| Firm's name (or<br>yours if self-employed),<br>address, and ZIP code | **RUDINGER, HELLER & FILIPPONE, LLP**<br>**235 MAIN STREET, 4TH FLOOR**<br>**WHITE PLAINS, NY     10601** | EIN **13-3592951** | |
| | | Phone no.<br>**914-422-3344** | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2009)

DAA

## Schedule A      Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a  Check all methods used for valuing closing inventory:  (i) ☐ Cost as described in Regulations section 1.471-3

    (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4

    (iii) ☐ Other (Specify method used and attach explanation.) ▶

  b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) .......... ▶ ☐

  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .......... ▶ ☐

  d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing

    inventory computed under LIFO | 9d | |

  e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .......... ☐ Yes  ☒ No

  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .......... ☐ Yes  ☒ No

    If "Yes," attach explanation.

## Schedule B      Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| | a Business activity ▶   RESTAURANT     b Product or service ▶   FOOD & BEVERAGE | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............ ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1. | | X |

## Schedule K      Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | -1,459 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| 3a | Other gross rental income (loss) | 3a | | |
| b | Expenses from other rental activities (attach statement) | 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| 4 | Interest income | | 4 | |
| 5 | Dividends: a Ordinary dividends | | 5a | |
| | b Qualified dividends | 5b | | |
| 6 | Royalties | | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 8a | |
| b | Collectibles (28%) gain (loss) | 8b | | |
| c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| 10 | Other income (loss) (see instructions) .......... Type ▶ | | 10 | |

(Income (Loss))

DAA

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11  Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Contributions                                            SEE STMT | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures  (1) Type ▶                    (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions)          Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate credits (see instructions)   Type ▶ | 13d | |
| | e Other rental credits (see instructions)        Type ▶ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions)              Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties—gross income | 15d | |
| | e Oil, gas, and geothermal properties—deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Property distributions | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Reconciliation** | 18  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -1,45 |

Form **1120S** (200

DAA

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1   Cash | | 813 | | 30 |
| 2a   Trade notes and accounts receivable | | | | |
| b   Less allowance for bad debts | ( | ) | ( | ) |
| 3   Inventories | | | | |
| 4   U.S. government obligations | | | | |
| 5   Tax-exempt securities (see instructions) | | | | |
| 6   Other current assets (attach statement) | | | | |
| 7   Loans to shareholders | | | | |
| 8   Mortgage and real estate loans | | | | |
| 9   Other investments (attach statement) | | | | |
| 10a   Buildings and other depreciable assets | | | | |
| b   Less accumulated depreciation | ( | ) | ( | ) |
| 11a   Depletable assets | | | | |
| b   Less accumulated depletion | ( | ) | ( | ) |
| 12   Land (net of any amortization) | | | | |
| 13a   Intangible assets (amortizable only) | | | | |
| b   Less accumulated amortization | ( | ) | ( | ) |
| 14   Other assets (attach statement) | | | | |
| 15   Total assets | | 813 | | 30 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16   Accounts payable | | | | |
| 17   Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18   Other current liabilities (attach statement)   STMT 2 | | 8,325 | | 8,325 |
| 19   Loans from shareholders | | 297,955 | | 300,255 |
| 20   Mortgages, notes, bonds payable in 1 year or more | | 431,596 | | 429,972 |
| 21   Other liabilities (attach statement) | | | | |
| 22   Capital stock | | 12,550 | | 12,550 |
| 23   Additional paid-in capital | | | | |
| 24   Retained earnings | | -749,613 | | -751,072 |
| 25   Adjustments to shareholders' equity (attach statement) | | | | |
| 26   Less cost of treasury stock | ( | ) | ( | ) |
| 27   Total liabilities and shareholders' equity | | 813 | | 30 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions**

| | | | |
|---|---|---|---|
| 1   Net income (loss) per books | -1,459 | 5   Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2   Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a   Tax-exempt interest   $ | |
| 3   Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6   Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a   Depreciation   $ | | a   Depreciation   $ | |
| b   Travel and entertainment   $ | | 7   Add lines 5 and 6 | |
| 4   Add lines 1 through 3 | -1,459 | 8   Income (loss) (Schedule K, line 18). Line 4 less line 7 | -1,459 |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1   Balance at beginning of tax year | -749,613 | | |
| 2   Ordinary income from page 1, line 21 | | | |
| 3   Other additions | | | |
| 4   Loss from page 1, line 21 | ( 1,459 ) | | |
| 5   Other reductions | ( ) | ( ) | |
| 6   Combine lines 1 through 5 | -751,072 | | |
| 7   Distributions other than dividend distributions | | | |
| 8   Balance at end of tax year. Subtract line 7 from line 6 | -751,072 | | |

SEL6805

671109

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

## Schedule K-1 (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax
year beginning _____
ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate Instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  -730 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

### Part I  Information About the Corporation

**A** Corporation's employer identification number
13-3946805

**B** Corporation's name, address, city, state, and ZIP code

SELF SERVICE INC
TROTTERS TAVERN
175 MAIN STREET
WHITE PLAINS        NY 10601

**C** IRS Center where corporation filed return
E-FILE

### Part II  Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

ANTHONY P. GONCALVES
████████████████
████████████████    ██████████

**F** Shareholder's percentage of stock
ownership for tax year ....................... 50.000000 %

For IRS Use Only

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2009

DAA

SEL6805

**671109**

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)<br>-365 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

**Part I    Information About the Corporation**

**A** Corporation's employer identification number
**13-3946805**

**B** Corporation's name, address, city, state, and ZIP code
**SELF SERVICE INC**
**TROTTERS TAVERN**
**175 MAIN STREET**
**WHITE PLAINS      NY 10601**

**C** IRS Center where corporation filed return
**E-FILE**

**Part II    Information About the Shareholder**

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
**JOHN R. TESONE**

**F** Shareholder's percentage of stock
ownership for tax year  . . . . . . . . . . . . . . . . . . . . .  **25.000000** %

For IRS Use Only

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2009

DAA

SEL6805

671109

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax
year beginning＿＿＿＿＿＿＿
ending＿＿＿＿＿＿＿

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

**Shareholder's Share of Income, Deductions,
Credits, etc.**    ▶ See back of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-364** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

**Part I  Information About the Corporation**

A Corporation's employer identification number
13-3946805

B Corporation's name, address, city, state, and ZIP code
SELF SERVICE INC
TROTTERS TAVERN
175 MAIN STREET
WHITE PLAINS    NY 10601

C IRS Center where corporation filed return
E-FILE

**Part II  Information About the Shareholder**

D Shareholder's identifying number

E Shareholder's name, address, city, state, and ZIP code
MARK AVALLONE

F Shareholder's percentage of stock ownership for tax year .................. 25.000000 %

For IRS Use Only

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.        Schedule K-1 (Form 1120S) 2009

DAA

# Federal Statements

## Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| BANK SERVICE CHARGES | $ 396 |
| TOTAL | $ 396 |

## Statement 2 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| SIMPLE IRA PAYABLE | $ 8,325 | $ 8,325 |
| TOTAL | $ 8,325 | $ 8,325 |

## Form 1120S, Page 4, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| OFFICER LIFE INS. | $ |
| TOTAL | $ 0 |

| Form **1120S** | **Schedule K-1 Summary Worksheet** | **2009** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| SELF SERVICE INC | 13-3946805 |

| | Shareholder Name | SSN/EIN |
|---|---|---|
| Column A | ANTHONY P. GONCALVES | |
| Column B | JOHN R. TESONE | |
| Column C | MARK AVALLONE | |
| Column D | | |

| | Schedule K items | Column A | Column B | Column C | Column D | SCH K TOTAL |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | -730 | -365 | -364 | | -1,459 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | | | | | |
| 12a | Contributions | | | | | |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a,c | Low-inc house 42j5 | | | | | |
| 13b,d | Low-inc house other | | | | | |
| 13e | Qualif rehab exp | | | | | |
| 13f | Rental RE credits | | | | | |
| 13g | Other rental credits | | | | | |
| 13h | Fuel alcohol credit | | | | | |
| 13i | Other credits | | | | | |
| 14b | Gross inc all src | | | | | |
| 14d-f | Total foreign inc | | | | | |
| 14g-k | Total foreign deds | | | | | |
| 14l | Total foreign taxes | | | | | |
| 14m | Reduct in taxes | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | | | | | |
| 16d | Total property dist | | | | | |
| 16e | Shr loan repmts | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | -730 | -365 | -364 | | -1,459 |

# Federal Statements

## Form 1120S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| TAXES: NYS CORPORATION TAX | $ 25 |
| TOTAL | $ 25 |

## Form 1120S, Page 4, Schedule L, Line 19 - Loans from Shareholders

| Description | Beginning of Year | End of Year |
|---|---|---|
| LOAN PAYABLE: OFFICERS | $ 297,955 | $ 300,255 |
| TOTAL | $ 297,955 | $ 300,255 |

## Form 1120S, P4, Sch L, Line 20 - Mortgages, Notes Bonds Pay in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| L/P BANK OF NY CREDIT LINE | $ 23,504 | $ 21,880 |
| EXCHANGE | 41,924 | 41,924 |
| DUE TO TROTTERS NY | 366,168 | 366,168 |
| TOTAL | $ 431,596 | $ 429,972 |